

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2021

No. 04-21-00301-CR

Robert Michael Eugene **WILKINS,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B20-175
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

After this court's granted Appellant's first motion for an extension of time to file the brief, Appellant's brief was due on December 22, 2021. On the once-extended due date, Appellant moved for an additional thirty days to file the brief.

Appellant's motion is GRANTED. Appellant's brief is due on January 21, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court